# EXHIBIT A

## MATHEAU J. W. STOUT, ESQ.
### ATTORNEY AT LAW

**400 EAST PRATT STREET**  
**8TH FLOOR**  
**BALTIMORE, MARYLAND 21202**

TEL (410) 429-7076  
FAX (888) 907-1740  
WWW.OTCLAWYERS.COM

August 28, 2015

Howard Rhine, Esq.  
Feder Kaszovitz LLP  
845 Third Avenue, 11th Floor  
New York, NY 10022

Re: MySize, Inc.

Mr. Rhine:

Enclosed for your review is a courtesy copy of the Complaint which My Size, Inc. intends to file in the Chancery Court of the State of Delaware. The Complaint and its subject matter speak for themselves. Please have your clients read and consider it very carefully.

As you are aware, once the Complaint is filed, My Size will be required to file an 8-K with the SEC, as well as a report with the ISA, providing the details of the litigation, including but not limited to the factual background and the claims asserted therein.

The Complaint will be filed on Monday, August 31, 2015 at 5:00 PM Eastern Standard Time. If your clients wish to resolve this matter by rescinding their respective shares before then, you may reach me via email, and I will advise Mr. Garibian, the Company's Delaware counsel accordingly.

Sincerely,

Matheau J. W. Stout